IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARISADHAN PATRA and PETULA VAZ, | : : : | No. 4:14-cv-02265 |
| | : | (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, et al., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of March, 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Default Judgment, ECF No. 34, is **DENIED**.

2. The discovery deadline is reset to **June 16, 2017**. The Court will grant no further extensions of the discovery deadline.

3. The dispositive motions deadline is reset to **August 15, 2017**.

4. The remaining case management deadlines will be reset upon resolution of the parties' dispositive motions, if necessary.

- 2 -

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge