# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARISADHAN PATRA and PETULA VAZ, <br><br> Plaintiffs. <br><br> v. <br><br> THE PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, et al., <br><br> Defendants. | No. 4:14-CV-02265 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 8th day of May 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 70, is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge