UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2236
_____

HARISADHAN PATRA; PETULA VAZ,
                  Appellants

v.

PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; BLOOMSBURG UNIVERSITY OF PENNSYLVANIA; FRANK T. BROGAN, individually and in his official capacity as Chancellor; DAVID SOLTZ, individually and in his official capacity as President of Bloomsburg University; RICHARD ANGELO; JORGE E. GONZALEZ; IRA BLAKE; ROBERT P. MARANDE; THOMAS R. ZALEWSKI

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 4:14-cv-02265)
District Judge: Honorable Matthew W. Brann

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 8, 2019
Before:  KRAUSE, SCIRICA and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 8, 2019.  On consideration whereof, it is now hereby
      ORDERED and ADJUDGED by this Court that the orders of the District Court entered March 16, 2017, and May 8, 2018, be and the same are hereby affirmed in part, vacated in part, and this matter is remanded for further proceedings.  Costs will not be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: July 12, 2019