IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARISADHAN PATRA and PETULA VAZ, | No. 4:14-CV-02265 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of May 2020, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, Doc. 70, is **GRANTED**.

2. Final Judgment is entered in favor of Defendants and against Plaintiffs.

3. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge